# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 22-MJ-312 JFR | UNITED STATES vs. Thomas | |
| Hearing Date: | 3/11/2022 | Time In and Out: | 10:58 a.m./11:39 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Hondo via Zoom |
| Defendant: | Latrice M. Thomas | Defendant's Counsel: | Joe Romero |
| AUSA: | Jack Burkhead | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | Witness: | |

### Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain  ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity
- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause  ☐ Court does not find probable cause

### Detention
- ☐ Defendant
- ☒ AUSA proffers detention; AFPD proffers release; AUSA responds; court findings.

### Custody Status
- ☐ Defendant
- ☒ Conditions of release imposed; defendant will remain detained pending bed space at La Pasada Halfway House

### Other
- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐