# UNITED STATES DISTRICT COURT
## for the
District of New Mexico

United States of America

v.

**Latrice Thomas**
_____
*Defendant*

Case No.  22-CR-462 DHU

### WAIVER OF PERSONAL PRESENCE AT HEARING

I, **Latrice Thomas**_____, Defendant, understand that I am scheduled for

a **arraigment**_____ hearing on **March 31, 2022**.
_____*nature of hearing*_____                    _____*date*_____

I understand that I may appear by video for this proceeding.  I hereby ask to be permitted to

appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: **3-29-22**_____

_~~signature~~_
_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Joe M. Romero, Jr.**
_____
*Printed name of defendant's attorney*

joe@romeroandwinder.com
_____
*Defendant's attorney's e-mail address*