# CLERK'S MINUTE SHEET
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

## Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 22-462 DHU | UNITED STATES vs. Thomas | |
| Hearing Date: | 3/31/2022 | Time In and Out: | 9:50 am-9:55 am |
| Courtroom Deputy: | C. Lopez | Digital Recording: | Rio Grande |
| Defendant: | Latrice Thoma | Defendant's Counsel: | Joe Romero |
| AUSA: | Chelsea Van Deventer | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | | |

### Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Wednesday, April 20, 2022
- ☒ Parties agree Standing Discovery Order to be electronically entered ☐ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Urias
- ☒ Trial will be scheduled by presiding judge ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

### Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

### Other

- ☐