# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable David Herrera Urias

**CASE NO.** CR 22-462 DHU         **DATE:** 8/30/22

**TITLE:** USA v. Latrice Thomas

**COURTROOM CLERK:** J. Gonzales         **COURT REPORTER:** C. McAlister

**COURT IN SESSION:** 2:07-2:36 PM         **TOTAL TIME:** 29 MINUTES

**TYPE OF PROCEEDING:** EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE [46]

**COURT RULING:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**         **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Jack Burkhead         Joe Romero

**PROCEEDINGS:**

2:07 P.M. COURT IN SESSION. COUNSEL ENTER APPEARANCES.

MR. ROMERO: ARGUES IN SUPPORT OF MOTION.

MR. BURKHEAD: ARGUES IN OPPOSITION TO MOTION.

USPTS OFFICER MANZANARES: ADDRESSES COURT.

COURT: ADDRESSES DEFENDANT AND DEFENSE COUNSEL.

MR. ROMERO: RESPONDS.

COURT: DEFENSE HAS UNTIL NOON ON 9/1/22 TO PROVIDE DOCUMENTS TO THE COURT.

2:36 P.M. COURT IN RECESS.